1028

[No. 73843-7-I.    Division One.    August 1, 2016.]

THE CITY OF EVERETT, *Respondent*, v. JAMIE WALLIN,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-01724-0, Anita L. Farris, J., entered July 9, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Cox, J.

[No. 74847-5-I.    Division One.    August 1, 2016.]

DEMPSEY BENNETT, *Appellant*, v. THE STATE OF WASHINGTON,
*Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-04919-1, Bryan E. Chushcoff, J., entered July 10, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach and Spearman, JJ.

[No. 75238-3-I.    Division One.    August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL STADDEN
WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 15-1-00238-3, Christopher Melly, J., entered August 18, 2015. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 75243-0-I.    Division One.    August 1, 2016.]

*In the Matter of the Personal Restraint of* ALEXIS J.
SCHLOTTMANN, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Becker, J.